THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADRIANA VILLALOBOS ET AL., <br><br> Defendants. | CASE NO. 5:13-cv-00809-WDK-PLA <br><br> ORDER GRANTING STIPULATED JUDGMENT |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Five Thousand Dollars ($5,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J SPORTS PRODUCTIONS, INC., and

against ADRIANA VILLALOBOS and JUAN RAMON VILLALOBOS, individually and d/b/a MARISCOS LA BAHIA.

IT IS SO ORDERED:

_____  Dated: JUL 11 2014
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

STIPULATED JUDGMENT
CASE NO. 5:13-cv-00809-WDK-PLA
Page 2